IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMIKA ROBINSON,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART, INC.;<br>WAL-MART STORES EAST, LP;<br>XYZ CORPORATIONS 1-3;<br>AND NECHIRVAN SADIGH,<br><br>    Defendants.<br>_____/ | Civil Action File No.<br>1:21-cv-02880-ELR<br><br>ATTEST: A TRUE COPY<br>CERTIFIED THIS<br><br>Date: 10/8/2021<br><br>**KEVIN P. WEIMER, Clerk**<br><br>By: s/Ciarra Oduka<br>    Deputy Clerk |

## CONSENT ORDER OF REMAND

It appearing to the Court, and the Parties hereby stipulating that:

1. Defendant Nechirvan Sadigh will be dismissed from the lawsuit, and that neither Sadigh nor any other current or former employee of Walmart will be added to the lawsuit for claims arising out of negligence.

2. The case be remanded to Superior Court of Fulton County, Georgia.

3. The case is to remain in the Superior Court of Fulton County and will not be moved to a different venue or removed to Federal Court.

4. Any renewal filing of this case pursuant to O.C.G.A. § 9-2-61 shall be filed only in the Superior Court of Fulton County.

5. The Superior Court of Fulton County is the proper venue for this lawsuit.

It is hereby **ORDERED** that Defendant Sadigh is dismissed from this case. Per the Parties' stipulation [Doc. 19], neither Sadigh nor any other current or former employee of Walmart will be added to this litigation. The Court **GRANTS** the Parties' "Consent Motion to Remand to State Court." [Doc. 19]. Thus, the Court **DENIES AS MOOT** Plaintiff's previous "Motion to Remand to State Court" [Doc. 8] and **REMANDS** this case to the Superior Court of Fulton County, Georgia.

**SO ORDERED**, this 8th day of October, 2021.

_____
Honorable Eleanor L. Ross
United States District Court

Consented to:

PAYNE & DU TOIT

/s/ Anne Marie du Toit
(by express permission NED)
Catherine D. Payne
Georgia Bar No. 463911
Anne Marie du Toit
Georgia Bar No. 213320
2275 Marietta Blvd NW
Ste. 270-245
Atlanta, GA 30318-2019
cpayne@pdtfirm.com
adutoit@pdtfirm.com

McLAIN & MERRITT, P.C.

/s/ Nicholas E. Deeb
Nicholas E. Deeb
Georgia Bar No. 117025
Counsel for Defendants
3445 Peachtree Road, N.E., Suite 500
Atlanta, GA 30326-3240
(404) 365-4535
ndeeb@mmatllaw.com

6months,CLOSED,ELRLC4

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: 1:21−cv−02880−ELR

| | |
|---|---|
| Robinson v. WALMART, INC. et al | Date Filed: 07/16/2021 |
| Assigned to: Judge Eleanor L. Ross | Date Terminated: 10/08/2021 |
| Case in other court:  Fulton County Superior Court, 2021CV351249 | Jury Demand: Both |
| | Nature of Suit: 360 P.I.: Other |
| Cause: 28:1441 Petition for Removal− Personal Injury | Jurisdiction: Diversity |

**Plaintiff**

**Tamika Robinson**      represented by    **Anne Marie du Toit**
Payne & du Toit
2275 Marietta Blvd NW
Ste. 270−245
Atlanta, GA 30318
404−381−2283
Fax: 404−777−5807
Email: adutoit@pdtfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catherine Diane Payne**
Payne & du Toit
2275 Marietta Blvd NW
Ste 270−245
Atlanta, GA 30318
404−381−2282
Email: cpayne@pdtfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**WALMART, INC.**      represented by    **Howard M. Lessinger**
McLain & Merritt, P.C.
Suite 500
3445 Peachtree Road, N.E.
Atlanta, GA 30326
404−365−4514
Fax: 404−364−3138
Email: hlessinger@mmatllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennie Estes Rogers**
McLain & Merritt, P.C.

|  |  |
|---|---|
|  | Suite 500<br>3445 Peachtree Road, N.E.<br>Atlanta, GA 30326<br>404–266–9171<br>Fax: .<br>Email: jrogers@mmatllaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Nicholas Elias Deeb**<br>McLain & Merritt, P.C.<br>Suite 500<br>3445 Peachtree Road, N.E.<br>Atlanta, GA 30326<br>404–365–4535<br>Fax: 404–364–3138<br>Email: ndeeb@mmatllaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **WAL–MART STORES EAST, LP** | represented by | **Howard M. Lessinger**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jennie Estes Rogers**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Nicholas Elias Deeb**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**XYZ CORPORATIONS 1–3**

**Defendant**

| | | |
|---|---|---|
| **NECHIRVAN SADIGH**<br>*TERMINATED: 10/08/2021* | represented by | **Howard M. Lessinger**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jennie Estes Rogers**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Nicholas Elias Deeb**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/16/2021 | 1 | | NOTICE OF REMOVAL with COMPLAINT filed by WALMART, INC., NECHIRVAN SADIGH, WAL–MART STORES EAST, LP. (Filing fee $ 402 receipt number AGANDC–11115027) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Civil Cover Sheet)(ceo) Please visit our website at http://www.gand.uscourts.gov/commonly–used–forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 07/19/2021) |
| 07/16/2021 | 2 | | ANSWER to 1 NOTICE OF REMOVAL with Jury Demand by NECHIRVAN SADIGH, WAL–MART STORES EAST, LP, WALMART, INC. (originally filed in State Court) Discovery ends on 12/13/2021.(ceo) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 07/19/2021) |
| 07/19/2021 | 3 | | NOTICE FROM THE COURT: INSTRUCTIONS FOR CIVIL CASES ASSIGNED TO THE HONORABLE ELEANOR L. ROSS. (mlb) (Entered: 07/19/2021) |
| 07/20/2021 | 4 | | Corporate Disclosure Statement identifying Corporate Parent Walmart Inc., Other Affiliate Wal–Mart Stores East, LP, Other Affiliate Sam's East, Inc., Other Affiliate Sam's Real Estate Business Trust, Other Affiliate Wal–Mart Real Estate Business Trust, Other Affiliate Wal–Mart Transportation, LLC, Other Affiliate Wal–Mart.Com USA, LLC, Other Affiliate ASDA Group Limited, Other Affiliate Beaver Lake Aviation, Inc., Other Affiliate Bharti Walmart Private Limited, Other Affiliate Corporacion de Companias Agroindustriales, Other Affiliate Corporacion de Supermercados Unidos S.A., Other Affiliate Distribucion y Servicio D&S S.A., Other Affiliate La Fruga S.A., Other Affiliate Massmart Holdings Ltd., Other Affiliate Sam's West, Inc., Other Affiliate Texas Retail Energy, LLC, Other Affiliate The Seiyu, Ltd., Other Affiliate Wal–Mart Argentina S.R.L., Other Affiliate Wal–Mart Brasil, Ltda., Other Affiliate Wal–Mart Canada Corp., Other Affiliate Wal–Mart China Co., Ltd., Other Affiliate Wal–Mart Leasing, Inc., Other Affiliate Wal–Mart Louisiana, LLC, Other Affiliate Wal–Mart Puerto Rico, Inc., Other Affiliate Wal–Mart Stores Arkansas, LLC, Other Affiliate Wal–Mart Stores Texas, LLC, Other Affiliate Walmart de Mexico, S.A. de C.V., Other Affiliate Central American Retail Holding Company, N.V., Other Affiliate WMS Supermercados do Brasil, S.A. (formerly Sonae Distribuicao Brasil S.A.), Other Affiliate Walmart Claims Services, Inc. (formerly known as Claims Management, Inc.), Other Affiliate Wal–Mart Associates, Inc. for WALMART, INC. by WALMART, INC..(Lessinger, Howard) (Entered: 07/20/2021) |
| 07/20/2021 | 5 | | Corporate Disclosure Statement identifying Corporate Parent Walmart Inc., Other Affiliate Wal–Mart Stores East, LLC, Other Affiliate WSE Investment, LLC, Other Affiliate WSE Management, LLC for WAL–MART STORES EAST, LP by WAL–MART STORES EAST, LP.(Lessinger, Howard) (Entered: 07/20/2021) |
| 07/20/2021 | 6 | | NOTICE to Take Deposition of Tamika Robinson filed by WAL–MART STORES EAST, LP (Lessinger, Howard) (Entered: 07/20/2021) |
| 07/20/2021 | 7 | | |

| | | | |
|---|---|---|---|
| | | | CERTIFICATE OF SERVICE *of Discovery* by WAL–MART STORES EAST, LP, WALMART, INC..(Lessinger, Howard) (Entered: 07/20/2021) |
| 08/16/2021 | 8 | | First MOTION to Remand to State Court *and Opposition to Defendants' Removal* with Brief In Support by Tamika Robinson. (du Toit, Anne) (Entered: 08/16/2021) |
| 08/16/2021 | 9 | | First Certificate of Interested Persons by Tamika Robinson. (du Toit, Anne) (Entered: 08/16/2021) |
| 08/16/2021 | 10 | | First Initial Disclosures by Tamika Robinson.(du Toit, Anne) (Entered: 08/16/2021) |
| 08/16/2021 | | | Clerks Notation re 9 First Certificate of Interested Persons/Corporate Disclosures by Tamika Robinson. Read and approved by District Judge Eleanor L. Ross. (mlb) (Entered: 08/16/2021) |
| 08/16/2021 | 11 | | Proposed JOINT PRELIMINARY REPORT AND DISCOVERY PLAN filed by NECHIRVAN SADIGH, WAL–MART STORES EAST, LP, WALMART, INC.. (Deeb, Nicholas) (Entered: 08/16/2021) |
| 08/16/2021 | 12 | | Initial Disclosures by NECHIRVAN SADIGH, WAL–MART STORES EAST, LP, WALMART, INC..(Deeb, Nicholas) (Entered: 08/16/2021) |
| 08/23/2021 | 13 | | SCHEDULING ORDER on the 11 Joint Preliminary Report and Discovery Plan. The Court assigns this case to a six (6) month discovery track, to conclude on February 23, 2022. Signed by Judge Eleanor L. Ross on 8/23/2021. (jpk) (Entered: 08/23/2021) |
| 08/25/2021 | 14 | | CERTIFICATE OF SERVICE *REGARDING DISCOVERY* by NECHIRVAN SADIGH, WAL–MART STORES EAST, LP, WALMART, INC..(Deeb, Nicholas) (Entered: 08/25/2021) |
| 08/25/2021 | 15 | | CERTIFICATE OF SERVICE by NECHIRVAN SADIGH, WAL–MART STORES EAST, LP, WALMART, INC..(Deeb, Nicholas) (Entered: 08/25/2021) |
| 08/26/2021 | 16 | | NOTICE of Appearance by Nicholas Elias Deeb on behalf of NECHIRVAN SADIGH, WAL–MART STORES EAST, LP, WALMART, INC. (Deeb, Nicholas) (Entered: 08/26/2021) |
| 09/03/2021 | | | Submission of 8 First MOTION to Remand to State Court *and Opposition to Defendants' Removal*, to District Judge Eleanor L. Ross. (ceo) (Entered: 09/03/2021) |
| 09/15/2021 | 17 | | CERTIFICATE OF SERVICE *(Defendants' Responses to Plaintiff's Interrogatories and Requests for Production of Documents)* by NECHIRVAN SADIGH, WAL–MART STORES EAST, LP, WALMART, INC..(Deeb, Nicholas) (Entered: 09/15/2021) |
| 09/15/2021 | 18 | | CERTIFICATE OF SERVICE *Plaintiff's Responses to Defendant's First Interrogatories and Request for Production of Documents* by Tamika Robinson.(du Toit, Anne) (Entered: 09/15/2021) |
| 10/07/2021 | 19 | | Consent MOTION to Remand to State Court with Brief In Support by NECHIRVAN SADIGH, WAL–MART STORES EAST, LP, WALMART, INC.. (Attachments: # 1 Text of Proposed Order)(Deeb, Nicholas) (Entered: |

4

| | | | |
|---|---|---|---|
| | | | 10/07/2021) |
| 10/08/2021 | 20 | | ORDER: It is hereby ORDERED that Defendant Sadigh is dismissed from this case. Per the Parties' stipulation 19 , neither Sadigh nor any other current orformer employee of Walmart will be added to this litigation. The Court GRANTS the Parties' "Consent Motion to Remand to State Court." 19 . Thus, the Court DENIES AS MOOT Plaintiff's previous "Motion to Remand to State Court" 8 and REMANDS this case to the Superior Court of Fulton County, Georgia Signed by Judge Eleanor L. Ross on 10/8/21. (ceo) (Entered: 10/08/2021) |
| 10/08/2021 | | | Civil Case Terminated. (ceo) (Entered: 10/08/2021) |

## Details - Case # 2021CV351249 - Envelope # 8414857

## Case

Location
Fulton - Superior - EJ6

Category
Civil

Type
TORT/NEGLIGENCE

## Parties

Show All

Count: 7

## Filings

Filing Code
NOTICE

Client Ref #
1:21-cv-02880-ELR

Filing Description
Order of Remand From United States District Court, Northern GA

Submitted Date
10/08/2021 1:57 PM

Status
Submitting

Review Date

Component
Lead Document

Document Name
2880 remand fulton superior.pdf

Description

Security

Download Version
Original

## Service

Count: 0

None

## Fees

Payment Account
Clerk, U.S. District Court, Northern Georgia

Filing Attorney
Kevin P Weimer

Party Responsible for Fees
Walmart, Inc.

Filer Type

Order ID

Transaction Response

Transaction Amount
$0.00

Transaction ID

Total  Help

Waiver Selected